**Josand FARMER, Petitioner-Appellant,**

v.

**Gio RAMIREZ, Warden, Respondent-Appellee.**

No. 17-7660

United States Court of Appeals, Fourth Circuit.

Submitted: February 15, 2018

Decided: February 20, 2018

Josand Farmer, Appellant Pro Se.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Josand Farmer, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Farmer v. Ramirez*, No. 0:17-cv-02614-TMC, 2017 WL 6345401 (D.S.C. Dec. 12, 2017). We deny Farmer's motion to expedite decision and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*